

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Ailin Guadalupe Felix-Barnachia,<br><br>　　　　　　　　Defendant. | Case No. 24-cr-02007-TWR<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 12/10/25

　　　　　　　　　　　　　　　　　　　Hon. Allison H. Goddard
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge